## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Flournoy, Terrill Aaron | Case Number:  06 B 00266 |
| Flournoy, Angela Joanne | Judge:  Wedoff, Eugene R |
| Printed:  12/28/07 | Filed:  1/11/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed:  October 25, 2007

Confirmed:  March 2, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 35,843.65 | |
| Secured: | | 31,138.85 |
| Unsecured: | | 0.00 |
| Priority: | | 299.72 |
| Administrative: | | 1,900.00 |
| Trustee Fee: | | 1,804.58 |
| Other Funds: | | 700.50 |
| Totals: | 35,843.65 | 35,843.65 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 1,900.00 | 1,900.00 |
| 2. | Pay Day Loans | Secured | 0.00 | 0.00 |
| 3. | Mortgage Electronic Registration Sys | Secured | 36,233.22 | 24,837.25 |
| 4. | Heritage Acceptance Corp | Secured | 8,409.19 | 3,078.60 |
| 5. | Mortgage Electronic Registration Sys | Secured | 13,815.57 | 3,223.00 |
| 6. | Internal Revenue Service | Priority | 299.72 | 299.72 |
| 7. | Heritage Acceptance Corp | Unsecured | 34.36 | 0.00 |
| 8. | Nicor Gas | Unsecured | 324.45 | 0.00 |
| 9. | American Express Travel Relate | Unsecured | 4.00 | 0.00 |
| 10. | Nicor Gas | Unsecured | 649.42 | 0.00 |
| 11. | Commonwealth Edison | Unsecured | 205.78 | 0.00 |
| 12. | Internal Revenue Service | Unsecured | 8.81 | 0.00 |
| 13. | B-Line LLC | Unsecured | 159.47 | 0.00 |
| 14. | Portfolio Recovery Associates | Unsecured | 32.50 | 0.00 |
| 15. | B-Line LLC | Unsecured | 226.67 | 0.00 |
| 16. | Resurgent Capital Services | Unsecured | 86.52 | 0.00 |
| 17. | Jewel Food Stores | Unsecured | 15.04 | 0.00 |
| 18. | Mutual Hospital Services/Alverno | Unsecured | 37.04 | 0.00 |
| 19. | St James Hospital | Unsecured | 993.45 | 0.00 |
| 20. | United States Dept Of Education | Unsecured | 886.33 | 0.00 |
| 21. | AT&T Broadband | Unsecured | | No Claim Filed |
| 22. | City of Country Club Hills | Unsecured | | No Claim Filed |
| 23. | City of Country Club Hills | Unsecured | | No Claim Filed |
| 24. | City of Country Club Hills | Unsecured | | No Claim Filed |
| 25. | City of Country Club Hills | Unsecured | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Flournoy, Terrill Aaron
Flournoy, Angela Joanne
Printed: 12/28/07

Case Number:  06 B 00266
Judge:  Wedoff, Eugene R
Filed:  1/11/06

| | | | |
|---|---|---|---|
| 26. | City of Country Club Hills | Unsecured | No Claim Filed |
| 27. | City of Country Club Hills | Unsecured | No Claim Filed |
| 28. | First Premier | Unsecured | No Claim Filed |
| 29. | Direct Tv | Unsecured | No Claim Filed |
| 30. | Homewood Disposal Service, In | Unsecured | No Claim Filed |
| 31. | City of Country Club Hills | Unsecured | No Claim Filed |
| 32. | Jewel Osco | Unsecured | No Claim Filed |
| 33. | Christ Hospital | Unsecured | No Claim Filed |
| 34. | City of Country Club Hills | Unsecured | No Claim Filed |
| 35. | Applied Card Bank | Unsecured | No Claim Filed |
| 36. | Specialized Card Services | Unsecured | No Claim Filed |
| 37. | State Farm Insurance Co | Unsecured | No Claim Filed |
| 38. | Village Of Matteson | Unsecured | No Claim Filed |
| 39. | St James Hospital | Unsecured | No Claim Filed |
| 40. | St James Hospital | Unsecured | No Claim Filed |
| 41. | Nextel Communications | Unsecured | No Claim Filed |
| 42. | St James Hospital | Unsecured | No Claim Filed |
| 43. | St James Hospital | Unsecured | No Claim Filed |
| 44. | St James Hospital | Unsecured | No Claim Filed |
| 45. | Superior Air - Ground Ambulence | Unsecured | No Claim Filed |
| 46. | Applied Card Bank | Unsecured | No Claim Filed |
| 47. | Southwest Dental Center Inc | Unsecured | No Claim Filed |
| 48. | Nextel Communications | Unsecured | No Claim Filed |
| 49. | St James Hospital | Unsecured | No Claim Filed |
| 50. | City of Country Club Hills | Unsecured | No Claim Filed |

$ 64,321.54          $ 33,338.57

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 741.27 |
| 5% | 324.15 |
| 4.8% | 645.53 |
| 5.4% | 93.63 |
| | $ 1,804.58 |

Based on the above information, the trustee requests that the court enter an order discharging
the trustee, releasing the trustee's surety from liability for actions relating to the above
proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

